United States Court of Appeals

Fifth Circuit

**F I L E D**

**June 19, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41583
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BARRY EUGENE BROOKS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:01-CR-54-ALL
---------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Barry Eugene Brooks appeals from the district court's order
revoking his supervised release. This court must examine the
basis of its jurisdiction on its own motion if necessary. Mosley
v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Article III, § 2 of
the Constitution limits federal court jurisdiction to actual
cases and controversies. Spencer v. Kemna, 523 U.S. 1, 7 (1998).
The case-or-controversy requirement demands that "some concrete
and continuing injury other than the now-ended incarceration or

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

parole -- some 'collateral consequence' of the conviction -- must exist if the suit is to be maintained." Id.

Brooks has served the nine-month prison sentence that was imposed upon the revocation of his supervised release. The order revoking Brooks's term of supervised release imposed no further term of supervised release. Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot.

APPEAL DISMISSED.